JONES & MAYER
James R. Touchstone, Esq., Bar No. 184584
Denise L. Rocawich, Esq. Bar No. 232792
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: jrt@jones-mayer.com
email: dlr@jones-mayer.com

Attorneys for Defendants,
CITY OF FULLERTON, FULLERTON POLICE DEPARTMENT
OFFICER C.J. BRADLEY, and OFFICER T. PETROPULOS

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBA LEWIS, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE CITY OF FULLERTON, a government entity; FULLERTON POLICE DEPARTMENT, a government entity; OFFICER C.J. BRADLEY, an individual; OFFICER T. PETROPULOS, an individual; and DOES 1 to 100, Inclusive,<br><br>          Defendants. | Case No: SACV12-0422 CJC (MLGx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION** |

## ORDER

In consideration of the parties' stipulation for dismissal with prejudice of this action, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August 23, 2012

_____
UNITES STATES DISTRICT JUDGE
CORMAC J. CARNEY